Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John A. Nordberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 1808 | **DATE** | 10/28/2004 |
| **CASE TITLE** | BFI Waste vs. Barbara Pingel, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] **Enter memorandum order. Plaintiff's motion to enforce settlement agreement with settling defendant Moore-Addison Co is granted. Plaintiff's request for an award of attorney's fees of $775.00 and costs in the amount of $3.96 for the expense related to the bringing of the motion to enforce the settlement is granted.**

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | OCT 29 2004 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 157 |
| | Mail AO 450 form. | U.S. DISTRICT CO. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| TP | courtroom deputy's initials | 2004 OCT 28 PM | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BFI WASTE SYSTEMS OF N.A., INC.,  )
                                   )
    Plaintiff,                     )
        v.                         )   No. 00 C 1808
BARBARA PINGEL, et. al.,           )   Judge Nordberg
                                   )
    Defendants.                    )

## MEMORANDUM ORDER

This matter, coming to be heard upon Plaintiff BFI Waste Systems of N.A., Inc.'s Motion to Enforce Settlement Agreement With Settling Defendant Moore-Addison Co. on October 20, 2004, and counsel for the Plaintiffs having appeared, IT IS HEREBY ORDERED:

1. Plaintiff's Motion to Enforce Settlement Agreement With Settling Defendant Moore-Addison Co. is granted;

2. Defendant Moore-Addison Co. is ordered to fully comply with the terms of the Settlement Agreement by making the outstanding payment of $7500.00 to Plaintiff before November 19, 2004;

3. Plaintiff's request for an award of attorney's fees and costs for the expenses related to the bringing of the motion to enforce the settlement agreement against Moore-Addison Co. is granted;

4. This Court, having reviewed the submitted affidavits of Gary D. Justis, Esq. and Patricia A. Wrona, Esq., lead counsel and local counsel for Plaintiff respectively, finds that the attorneys' fees and costs requested are reasonable, and therefore awards Plaintiff $775.00 in

DOCKETED
OCT 29 2004

157

attorneys' fees and $3.96 in costs against Moore-Addison Co.

Dated: October 28, 2004

ENTERED:

JOHN A. NORDBERG
UNITED STATES DISTRICT JUDGE